UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 16-CV-388 (BAH) |
| UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES COAST GUARD, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' REPORT**

Defendants respectfully submit this report pursuant to the Court's Minute Order dated April 21, 2016.

A.  **DEPARTMENT OF INTERIOR'S BUREAU OF OCEAN ENERGY MANAGEMENT**

The United States Department of Interior's Bureau of Ocean Energy Management ("BOEM") has made its final determination regarding Plaintiff's Freedom of Information Act ("FOIA") request, and released all non-exempt responsive records to Plaintiff as of April 6, 2016. BOEM is currently working on a *Vaughn* index, which it expects to complete next week.

B.  **DEPARTMENT OF INTERIOR'S BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT**

The United States Department of Interior's Bureau of Safety and Environmental Enforcement ("BSEE") has not yet made its final determination regarding Plaintiff's FOIA request. BSEE continues to search for and process responsive documents.

To date, BSEE has made three partial releases to Plaintiff totaling 205 pages. At this time, BSEE is processing approximately 21,000 documents, or approximately 30,000 pages, that are potentially responsive to Plaintiff's FOIA request for both responsiveness and releasability. BSEE expects to collect and process as many as 70,000 more pages to complete its response.

BSEE's response has been delayed due to limited FOIA resources and many competing priorities, including complex outstanding requests that BSEE received in advance of Plaintiff's FOIA request. In addition, Plaintiff's FOIA request is complex because it involves a very large number of potentially responsive documents from multiple offices within BSEE Headquarters, the Gulf of Mexico Regional Office ("GOMR"), and GOMR District Offices. Furthermore, many of the responsive documents include, or are expected to include, material that is exempt from release under FOIA's exemptions.

BSEE expects the processing of potentially responsive documents for Plaintiff's FOIA request to be particularly challenging and time-consuming. For some documents, BSEE will likely need to consult with other agencies and/or submitters of potentially confidential commercial information; BSEE must consult with such third parties before it decides whether to release such information and allow such third parties an opportunity to file suit to prevent the release of materials that BSEE determines to release over any objection. Some materials are highly technical in nature and BSEE anticipates needing to consult extensively with internal specialized subject-matter experts to aid in making its determinations about responsiveness and releasability with respect to such materials.

BSEE estimates that it will make its final determination regarding Plaintiff's FOIA request on or about August 30, 2016.

C.      **DEPARTMENT OF HOMELAND SECURITY'S UNITED STATES COAST GUARD**

The United States Department of Homeland Security's United States Coast Guard (the "Coast Guard") has not yet made its final determination regarding Plaintiff's FOIA request. The Coast Guard has completed its searches and located approximately 918 pages of materials responsive to Plaintiff's FOIA request. The Coast Guard is currently reviewing those documents to determine whether to withhold any of them due to a FOIA exemption or privilege. The Coast Guard needs to scan all the documents, complete its releasability review, finalize its response, and prepare the non-exempt documents for release to Plaintiff.

The Coast Guard estimates that it will make its final determination regarding Plaintiff's FOIA request in approximately four weeks.

Dated: April 25, 2016

                                                    Respectfully submitted,

                                                    CHANNING D. PHILLIPS, D.C. Bar # 415793
                                                    United States Attorney for the District of Columbia

                                                    DANIEL VAN HORN, D.C. Bar # 924092
                                                    Chief, Civil Division

                                                    By: /s/ Marsha W. Yee
                                                    MARSHA W. YEE
                                                    Assistant United States Attorney
                                                    Civil Division
                                                    555 4th Street, N.W.
                                                    Washington, D.C. 20530
                                                    Telephone: (202) 252-2539
                                                    Facsimile: (202) 252-2599
                                                    Email: Marsha.Yee@usdoj.gov

                                                    *Counsel for Defendants*