UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TAYLOR ENERGY COMPANY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 16-CV-388 (BAH) |
| UNITED STATES DEPARTMENT OF | ) | |
| THE INTERIOR; BUREAU OF OCEAN | ) | |
| ENERGY MANAGEMENT; BUREAU OF | ) | |
| SAFETY AND ENVIRONMENTAL | ) | |
| ENFORCEMENT; UNITED STATES | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY; UNITED STATES COAST | ) | |
| GUARD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE THEIR MOTION FOR SUMMARY JUDGMENT AND
TO MODIFY REMAINDER OF BRIEFING SCHEDULE**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants move (i) for

an extension to November 18, 2016 of the time for them to file their motion for summary

judgment, and (ii) to modify the remainder of the summary judgment briefing schedule as set out

below.

In support of the instant motion, Defendants state as follows:

1.      Pursuant to the Scheduling Order dated May 10, 2016, Defendants' current

deadline for filing their motion for summary judgment is October 19, 2016.

2.      The United States Department of Interior's Bureau of Ocean Energy Management

and the United States Department of Homeland Security's United States Coast Guard each

released its non-exempt responsive records, and provided its final determination letter and

Vaughn index to Plaintiff.

3.      The United States Department of Interior's Bureau of Safety and Environmental Enforcement ("BSEE") has not completed its processing of potentially responsive records.  *See* Declaration of Karen Miller (BSEE) ¶ 26.  Nor has BSEE completed its Vaughn index.  *Id.*

4.      To date BSEE has reviewed approximately 80,000 pages for responsiveness, and produced 12,640 pages to Plaintiff.  *Id.* ¶ 25.

5.      BSEE still has to complete its review of approximately 3,500 pages of responsive records, *id.* ¶ 26, and estimates that it will need an additional three weeks to complete processing those records and to prepare its Vaughn index, *id.* ¶ 28.

6.      As set out in the declaration of Karen Miller (BSEE), "[t]he review and processing of the potentially responsive documents has been particularly challenging and time-consuming [in this case].  Some documents required consultation with other agencies.  The highly technical nature of some of the material required extensive consultation with specialized subject-matter experts at BSEE in order to aid BSEE FOIA in making determinations regading responsiveness and releasability.  BSEE FOIA's response has also been delayed by limited staffing resources and the processing of other large and complex FOIA requests received before Plaintiff's [FOIA request]."  *Id.* ¶ 25.

7.      This is Defendants' second request for an extension in this case.  On April 8, 2016, the Court granted Defendants' motion for an extension of time to file their response to Plaintiff's motion for summary judgment.  Minute Order dated Apr. 8, 2016.

8.      Granting this motion will affect the remainder of the summary judgment briefing schedule.  Defendants thus propose the following revised briefing schedule:

- December 19, 2016:  Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Summary Judgment

- January 18, 2017:  Defendants' Reply in further support of their Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment

- February 17, 2017:  Plaintiff's Reply in further support of its Cross-Motion for Summary Judgment

9.      This request for an extension is being made in good faith and not for purposes of delay.

10.      In accordance with Local Civil Rule 7(m), on October 13, 2016, undersigned counsel emailed Plaintiff's counsel to ask for his position on this motion, and provided Defendants' revised proposed briefing schedule as set out *supra* in paragraph 8.

11.      At the time of this filing, undersigned counsel has not received the position of Plaintiff's counsel regarding this motion.

WHEREFORE, Defendants respectfully request that the Court (i) extend the time for them to file their motion for summary judgment until November 18, 2016, and (ii) modify the remainder of the summary judgment briefing schedule as set out above.  A proposed order is attached.

Dated:  October 14, 2016

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar # 415793
United States Attorney for the District of Columbia

DANIEL VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Facsimile:  (202) 252-2599

*Counsel for Defendants*