UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAYLOR ENERGY COMPANY LLC,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF
THE INTERIOR; BUREAU OF OCEAN
ENERGY MANAGEMENT; BUREAU OF
SAFETY AND ENVIRONMENTAL
ENFORCEMENT; UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES COAST
GUARD

Defendants.

Civil Action No. 16-cv-00388-BAH

**TAYLOR ENERGY COMPANY LLC'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

Taylor Energy Company LLC ("Taylor"), in support of its Cross-Motion for Summary Judgment and pursuant to Federal Rule of Civil Procedure 56 and LCvR 7(h), provides the following statement of material facts to which there is no genuine issue. Taylor also incorporates the facts as stated in Taylor Energy Company LLC's Statement of Undisputed Facts in Support of its Motion for Summary Judgment dated March 24, 2016. R. Doc. 15-2.

1. Having not received a final response within the statutory timeframe, Taylor filed its original Motion for Summary Judgment on March 24, 2016. (R. Doc. 15)

2. Defendants provided a Status Report on April 25, 2016, asserting the following timeline for its response:

    a.  Bureau of Ocean Energy Management ("BOEM") Provided Final Response April 6, 2016.  (R. Doc. 24, ¶ A).

    b.  BOEM to Provide *Vaughn* index by May 6, 2016.  (R. Doc. 24, ¶ A).

    c.  Bureau of Safety and Environmental Enforcement ("BSEE") Estimates a Final Determination by August 30, 2016.  (R. Doc. 24, ¶ B).

    d.  United States Coast Guard ("USCG") Estimates a Final Determination in Approximately four weeks from April 25, 2016, or approximately May 23, 2016.  (R. Doc. 24, ¶ C).

## BOEM RESPONSE

3. On March 2, 2016, BOEM provided a partial response to Taylor's request.  R. Doc. 32-3 p. 34-37.

4. BOEM provided a final response by letter dated April 6, 2016, withholding in full 163 pages of material it alleged was protected under deliberative process, attorney work product and attorney-client privilege.  R. Doc. 32-3 p. 39-43.

5. BOEM provided a *Vaughn* Index on May 24, 2016.  R. Doc. 32-3 p. 45-53.

## BSEE REQUEST AND RESPONSE

6. After Taylor filed the present suit, BSEE made further partial responses on February 19, March 3, September 7, and September 23, 2016.  R. Doc. 32-4 p. 38-39, 47-48, 50-51.

7. On November 4, 2016, BSEE provided a final response and *Vaughn* index.  R. Doc. 32-4 p. 53-58.

8. BSEE provided revised *Vaughn* indices on November 15 and 17th.  R. Doc. 32-4 p. 8, 60-72.

COAST GUARD REQUEST AND RESPONSE

9. On June 9, 2016, Taylor received USCG's final response.  R. Doc. 32-2 p. 38-39.

10. Three months later, on September 13, the USCG provided a corresponding *Vaughn* index.  R. Doc. 32-2 p. 43-101.

Dated: December 19, 2016

                                                Respectfully submitted,

                                                /s/ *William E. Sparks*

                                                William E. Sparks (DC Bar No. 499224)
                                                BEATTY & WOZNIAK, P.C.
                                                216 Sixteenth Street, Suite 1100
                                                Denver, Colorado 80202-5115
                                                Phone Number: (303) 407-4499
                                                Fax Number: (303) 407-4494
                                                E-mail: wsparks@bwenergylaw.com

                                                Attorney for Plaintiff
                                                Taylor Energy Company LLC